**Mathurin Marc Olama ONANA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–2087.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 16, 2005.

Decided Jan. 11, 2006.

Steven Kreiss, Washington, D.C., for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Michelle E. Gorden, Senior Litigation Counsel, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mathurin Marc Olama Onana, a native and citizen of Cameroon, petitions for review of an August 4, 2004 order of the Board of Immigration Appeals ("Board") denying his second motion to reopen immigration proceedings.* We have reviewed

---

* By unpublished per curiam opinion filed on September 23, 2005, we initially dismissed the petition for review as moot. We subse-
quently granted Onana's petition for panel rehearing, vacating our earlier opinion.

the record and the Board's order and find that the Board did not abuse its discretion in denying the motion as untimely filed and as exceeding the numerical limitations for motions to reopen. *See* 8 C.F.R. § 1003.2(c)(2) (2005); *INS v. Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*